**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Nicole DAVIS, Defendant–Appellant.**

**No. 02–2979.**

United States Court of Appeals,
Seventh Circuit.

July 19, 2005.

Daniel Collins, Office of the United States Attorney, Chicago, IL, for Plaintiff–Appellee.

John M. Beal, Gary W. Adair, Chicago, IL, for Defendant–Appellant.

Before EASTERBROOK, KANNE, and WILLIAMS, Circuit Judges.

## ORDER

On May 6, 2005, we ordered a limited remand so that the district court could determine whether it believed Nicole Davis's sentence remains appropriate now that *United States v. Booker,* — U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), has relegated the United States Sentencing Guidelines to advisory status. *See United States v. Paladino,* 401 F.3d 471 (7th Cir.2005).

The district judge has replied that he would not impose the same sentence today knowing that the Guidelines are not mandatory. In *Paladino,* we stated, "If ... the judge states on limited remand that he would have imposed a different sentence had he known the guidelines were merely advisory, we will vacate the original sentence and remand for resentencing." *Id.* at 484.

As such, we **VACATE** Defendant Davis's original sentence and **REMAND** this matter to the district court for resentencing.